**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAMARR W. DOWNES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 5:25-cv-5805 |
| | : | |
| ALLENTOWN POLICE | : | |
| DEPARTMENT, *et al.*, | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 26th day of February, 2026, upon consideration of Plaintiff Samarr W.

Downes's *pro se* Amended Complaint, ECF No. 9, and for the reasons provided in the

Memorandum issued this date, **IT IS ORDERED THAT**:

1.    The Complaint, ECF No. 9, is **DISMISSED with prejudice**.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*

JOSEPH F. LEESON, JR.
United States District Judge

1
022626